# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| THOMAS L. THOMAS, on behalf of Artheray D. Thomas, | * * * | |
| Petitioner, | * * | CIVIL ACTION NO.: 5:17-cv-7 |
| v. | * * | |
| DORENE DISANTO; and MIKE DEWINE, | * * * | |
| Respondents. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 6, to which Petitioner Thomas L. Thomas ("Thomas") filed Objections, dkt. no. 8.

The Court **OVERRULES** Petitioner's Objections, **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES** Thomas' Petition brought pursuant to 28 U.S.C. §§ 1651 and 2241. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this \_\_19\_\_ day of \_\_July\_\_, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)